BROWN v. HEIGHT

No. 415P97

Case below: 126 N.C.App. 632

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

CARROLL v. KOONTZ

No. 409P97

Case below: 127 N.C.App. 208

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

CARROLL v. KOONTZ

No. 410P97

Case below: 127 N.C.App. 208

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

COOK v. WATTS

No. 357P97

Case below: 126 N.C.App. 829

Petition by defendant (Melissa Cook) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 October 1997.

CRISP v. CRISP

No. 323A97

Case below: 126 N.C.App. 625

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 2 October.